UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CURTIS CLARK,
and CELESTE M. CLARK,

               Debtors.
_____/

Case No. 15-50001

Chapter 7

Judge Thomas J. Tucker

**ORDER DETERMINING THE REASONABLE AMOUNT OF ATTORNEY FEES THAT THE DEBTOR CURTIS CLARK MUST PAY TO THE CHAPTER 7 TRUSTEE, UNDER THE COURT'S ORDER FILED SEPTEMBER 14, 2017 (DOCKET # 62)**

      This case came before the Court for two hearings, held on July 19, 2017 and September 13, 2017, on the Chapter 7 Trustee's motion entitled "Motion to Compel Turnover of Settlement Proceeds" (Docket # 38, the "Motion").  Confirming action taken by the Court during the September 13, 2017 hearing, and for the reasons stated by the Court on the record during that hearing, the Court entered an order on September 14, 2017 (Docket # 62, the "September 14 Order"), which ordered that "[t]he Debtor Curtis Clark must pay the Chapter 7 Trustee the reasonable attorney fees and expenses incurred in filing and prosecuting the Motion through the date the Debtor filed his Amended Claim of Exemptions (July 30, 2017)."  The September 14 Order set deadlines for the Trustee to file an itemization of such fees and expenses, and for the Debtor to file any objections to that itemization.

      The Court has reviewed the itemization filed by the Trustee (Docket # 63), and the objection filed by the Debtors (Docket # 64).  The Court concludes that a hearing is not necessary in order to determine the amount of fees and expenses that the Debtor Curtis Clark must pay under the September 14 Order.  The Court now determines such amounts.

      The Trustee's itemization seeks fees totaling $2,618.75, and no expenses.  The Debtors object to all fees incurred for work done on or prior to January 11, 2017, as outside the scope of the Court's September 14 Order.

      The Court finds that of the time entries in the Trustee's itemization, only the work reflected in the following entries fall within the parameters of fees to be awarded against the Debtor Curtis Clark and in favor of the Trustee, under the September 14 Order:

the three time entries dated 6/6/2017

the one time entry for 7/6/2017

the two time entries for 7/19/2017

In the Trustee's itemization, these time entries translate to fees totaling $795.00. The Court finds that this is the amount of reasonable fees awardable under the September 14, 2017 Order.

The other time entries in the Trustee's itemization range in date from December 10, 2015 through January 11, 2017, plus four time entries dated July 31, 2017. All of these time entries fall outside the scope of the fees that the September 14 Order said the Court was requiring the Debtor Curtis Clark to pay.

Accordingly,

IT IS ORDERED that the amount that the Debtor Curtis Clark must pay to the Chapter 7 Trustee, as "the reasonable attorney fees and expenses incurred in filing and prosecuting the Motion through the date the Debtor filed his Amended Claim of Exemptions (July 30, 2017)" is $795.00.

IT IS FURTHER ORDERED that the foregoing $795.00 amount must be paid by the Debtor Curtis Clark to the Chapter 7 Trustee no later than November 7, 2017.

IT IS FURTHER ORDERED that entry of this Order is deemed to be the entry of a judgment. As such, the Chapter 7 Trustee may collect this judgment as a party may collect any money judgment entered in this Court, if and to the extent the full amount of $795.00 is not paid on or before November 7, 2017.

**Signed on October 24, 2017**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**